SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Porter D. Smith, as administrator, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the verdict to $7,000 as of the date of the rendition thereof, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party.

McLENNAN, J., votes for the absolute reversal of the judgment and order.

SMITH et al., Respondents, v. ORTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Andrew Smith and Stephen H. Burr against William G. Orton. No opinion. Order affirmed on argument; costs to abide the event.

SMITH, Respondent, v. RICHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Mathew W. Smith against Max Richman. No opinion. Order affirmed, with $10 costs and disbursements.

SOUTH BUFFALO RY. CO. v. KIRKOVER et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1903.) Action by the South Buffalo Railway Company against Henry D. Kirkover and another.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements. While we consider that the questions involved in this case should be reviewed by the Court of Appeals, we deem it unnecessary for this court to allow an appeal or certify any questions to that court, which is expressly conceded in the brief respondent's counsel filed in opposition to this motion.

SPEIGELMAN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Samuel Speigelman against the Union Railway Company of New York City. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPENCER v. TOWN OF SARDINIA. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Ella D. Spencer against the town of Sardinia. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In re STEWART. (Supreme Court, Appellate Division, First Department. July 7, 1903.) In the matter of Gertrude M. Stewart. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 81 N. Y. Supp. 209.

TANENBAUM v. SIMONS et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Moses Tanenbaum against Aaron Simons and another. No opinion. Motion denied.

In re THOMPSON'S ESTATE. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) In the matter of the final accounting of the administrators of Frank Thompson, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

TORGE, Respondent, v. VILLAGE OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) In the matter of the claim of Caroline Torge against the village of Salamanca. No opinion. Order reversed, and proceeding dismissed, with costs, upon opinion of WILLIAMS, J., in case of Caroline Torge and Louis Torge against the Same Defendant, 83 N. Y. Supp. 672.

In re TOWN OF GUILFORD. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) In the matter of the application of the town of Guilford to acquire title to real property in said town owned by George Bradbury for a public highway. No opinion. Motion granted, that the memorandum of decision and order be amended by providing that the report of the commissioners be confirmed, with costs. See 83 N. Y. Supp. 312.

TOWN OF SKANEATELES, Appellant, v. RODGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by the town of Skaneateles against C. Julia Rodger and others. No opinion. Motion granted, with $10 costs, unless the appellant within 15 days files and serves the printed papers herein and pays $10 costs of this motion, in which event the motion is denied.

TOWNSEND et al. v. ONEONTA, C. & R. S. RY. CO. et al. (two cases). (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Actions by Lucius H. Townsend and Charles D. Townsend against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements. Motion to dismiss appeal of Knickerbocker Trust Company granted on consent. Motion to dismiss appeal of the Attorney General denied.